IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANGELO CLAY,

       Plaintiff,                     No. 2:09-cv-2899 JFM (TEMP) (PC)

    vs.

J. WALKER, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff has filed a document which the court construes as a request for an extension of time to file an opposition to defendants' pending motion to dismiss. Plaintiff indicates he needs more time because he is possibly on the verge of obtaining counsel. Defendants' motion to dismiss has been pending since September 7, 2010.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's April 25, 2011 request for an extension of time is granted.

       2. Plaintiff is granted thirty days within which to file his opposition to defendants' pending motion to dismiss. No further extensions of time will be granted. Plaintiff's

/////

/////

/////

failure to file an opposition to defendants' motion to dismiss within thirty days will result in a recommendation that this action be dismissed.

      3.  Defendants' reply brief shall be filed within seven days of service of plaintiff's opposition.

DATED: May 2, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

kc
clay2899.36(1)