IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANGELO CLAY,

        Plaintiff,                No. CIV S-09-2899 CKD P

      vs.

J. WALKER, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied without prejudice to renewing to the motion at a later point in the proceedings.

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2   appointment of counsel is denied without prejudice.

3     Dated: December 28, 2011

4   _____

5                              CAROLYN K. DELANEY
                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9   /md
    clay2899.31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2