IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANGELO CLAY,

      Plaintiff,                    No. CIV S-09-2899 CKD P

   vs.

J. WALKER, et al.,

      Defendants.          <u>ORDER</u>

                            /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed November 17, 2011, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form and copy of his complaint which are required to effect service on the defendant Ellis. On January 3, 2012, plaintiff submitted the copies of the complaint but failed to provide a physical address for service for defendant Ellis.

        Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form and instruction sheet; and

/////

1

2. Within thirty days, plaintiff shall submit to the court a properly completed USM-285 form required to effect service on Ellis. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed as to defendant Ellis.

Dated: March 15, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
clay2899.8f