IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANGELO CLAY,

      Plaintiff,                         No. CIV S-09-2899 CKD P

   vs.

J. WALKER, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2 appointment of counsel (Docket No. 66) is denied.

3  Dated: April 25, 2012

                                                     _____
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

/kly
clay2899.31(2)